UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Petitioner,<br><br>v.<br><br>STANISLAUS COUNTY, et al.,<br><br>Respondents. | No. 2:18-cv-00257-GGH<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1. Petitioner is currently housed in San Quentin State Prison and his conviction emanated from a judgment apparently entered in the Superior Court for Alameda County, California. Petitioner does not disclose if he has appealed his conviction. Nonetheless, based on the foregoing information, proper venue for this case is the Northern District of California which is where the records regarding petitioner's conviction and those related to his appeal, if any were taken, are readily available.

Accordingly, IT IS HEREBY ORDERED that: The Clerk of the Court shall transfer this case to the Northern District of California and shall close this file.

**IT IS SO ORDERED.**

Dated: February 20, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE